**Michael S. Traylor, Esq. (SBN 136814)**
**Traylor Law Office PC**
**8601 Lincoln Blvd. 180**
**Suite 525**
**Los Angeles, CA. 90045**
**(310) 401-6610 telephone**
**(661) 480-1200 facsimile**
**traylorlawoffice@gmail.com  e-mail**

**Attorney for Relators** ERIC ALTON, JAMIE ISHCOMER-AAZAM AND KEVIN KOKO

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ERIC ALTON, JAMIE ISHCOMER-AAZAM AND KEVIN KOKO | Case No. |
| Qui Tam Relator Plaintiffs on behalf of the United States | ***QUI TAM* ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| vs. | FILED UNDER SEAL PURSUANT TO 31 U.S.C. §3730(B)(2) |
| UNITED AMERICAN INDIAN INVOLVMENT, INC., HOPE CRAIG-CORLEW AND DOES 1-10, INCLUSIVE | 1) VIOLATION OF THE FEDERAL FALSE CLAIMS ACT |
| Defendants | DEMAND FOR JURY TRIAL |
|  | ***PLEASE DO NOT PUT IN PRESS BOX*** ***PLEASE DO NOT ENTER ON PACER*** |

1

COMES NOW, Relator Plaintiffs ERIC ALTON, JAMIE ISHCOMER-AAZAM AND KEVIN KOKO [sometimes referred to herein as "Relator Plaintiff(s)"], now alleging upon information and belief and filing this *qui tam* Complaint, as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Each Relator Plaintiff is a current or recent employee of Defendant United American Indian Involvement, Inc. ("UAIII") who is and/or was supervised by Defendant Hope Craig-Corlew in her capacity as the owner and chairperson (and maintains full control of and a unity of interest with) UAII. Each Relator Plaintiff is a resident of the State of California and both works and resides in this judicial district.

2. The Defendants in this action are as follows:

a) United American Indian Involvement, Inc. is a non-profit, public benefit corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, California ("Defendant UAIII").

b) Hope Craig-Corlew is an individual resident of the State of California who is the effective owner and the chairperson of Defendant UAIII. Defendant Craig-Corlew maintains a unity of interest with Defendant UAIII and operates UAIII, in all respects, in a manner devoid of the requirements of a California Public Benefit and/or Non-Profit Corporation. Defendant Craig-Corlew's operation of Defendant UAIII is such that there is no distinction between the two (2).

3. a) Relator Plaintiffs are ignorant of the true names and capacities of the above-referenced Doe Defendants and all such defendants sued herein as DOES 1 through 10, inclusive, and therefore sues these defendants by such fictitious names. Relator Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Relator Plaintiff

are informed and believe and thereon allege that each of the fictitiously named defendants is actually responsible in some manner for the occurrences herein alleged, and each of Relator Plaintiff's injuries as herein alleged were actually and proximately caused by Defendants' actions and/or omissions.

b)  Relator Plaintiff is informed and believes and thereon alleges that in connection with the acts and omissions alleged herein, each and all of the Defendants named herein, together with those unknown to each Relator Plaintiff, entered into a partnership, employment, joint venture, and/or principal-agent relationship to carry our all of the acts and omissions herein alleged. At all times herein mentioned, each such Defendant has been and continues to be the employees, agents, partners, employers, principals, and/or joint venturers of each of their Co-Defendants, and in acting and omitting to act as alleged herein, acted and/or failed to dutifully act: (i) both on their own behalf and on behalf of their employees, agents, partners, employers, principals, and/or joint venturers; (ii) within the course and scope of and pursuant to Relator Plaintiff's employment, agency, joint venture and/or partnership; and (iii) with the authorization, direction, ratification, and adoption of their employers, principals, joint venturers, partners, employees, and/or agents. Accordingly, each of them is jointly and severally liable and/or vicariously liable for the conduct of each of the others. Relator Plaintiff may seek leave of court to allege the exact nature of such interrelationships when the same are fully ascertained.

c) Each Relator Plaintiff further alleges that the Defendants (and each of them) engaged in a civil conspiracy to violate numerous provisions of the False Claim Act and other federal laws as alleged herein and otherwise.  Said Defendants (and each of them) undertook efforts to conceal, cover-up and defraud the United States and consumers and otherwise prevent the citizens of the United States and the United States government from discovering and/or knowing about the unlawful conduct alleged herein. Each Defendant aided and abetted each of

the others in furtherance of the civil conspiracy with actual, inquiry and constructive knowledge of the commission of each of the unlawful acts alleged herein. At the center of the conspiracy is a central team of decision-makers, officers, managers, members and senior executives of each whom acted in concert with each of the Defendants and each other in furtherance of the unlawful activity alleged herein.

d) Accordingly, each Relator Plaintiff further alleges that those Defendants (including Doe Defendants) who purport to have limited liability due to their status as a partnership, corporation and/or limited liability company have lost such protection and should have their so-called "corporate veil" pierced due to the fact that they did not comply with the formal requirements necessary to maintain such veil of limited liability and acted as individuals and with a unity of interest and ownership between the purported entity and its owner(s) such that it would be unfair if the acts in question are treated as those of the purported entity alone.

4.   Venue lies in the Central District of California in that Defendants and each of them operates its business in the County of Los Angeles, State of California and takes advantages of resources, laws and benefits offered to companies who operate, conduct business and employ persons in the County of Los Angeles, State of California. The unlawful conduct and the records maintained which are reflective and which evince such conduct are also maintained in the County of Los Angeles, State of California and within this judicial district.

## I.   FIRST CAUSE OF ACTION FOR VIOLATION
## OF THE U.S. FALSE CLAIMS ACT

5.   Each Relator Plaintiff was hired by Defendants and has first-hand knowledge of the unlawful acts and omissions alleged herein by the Defendants in violation of the False Claims Act and in contravention to the other laws of the United States and of the State of California.

6.  During each Relator Plaintiff's employment, each such Relator Plaintiff discovered that Defendants were jointly engaging in fraudulent activity which included falsifying document and both embezzling and misappropriating federal funds for the Defendants' own and personal purposes while at the same time diverting such funds for the intent in which such funds were solicited from and designated by the government of the United States.

7. Each Defendant engaged in the foregoing fraudulent acts, with specific knowledge thereof and with intent to defraud and engage in the alleged unlawful conduct against the people of the United States and of the State of California.

8 In addition to the foregoing overt acts, each Defendant has aided and abetted the other and undertaken acts to conceal such fraudulent and unlawful conduct. In some instances, said Defendants have attempted to falsely blame the Relator Plaintiffs for such conduct. No basis whatsoever exists for such false accusations.

9. Each of the Realtor Plaintiffs undertook to advise, caution, warn and ultimately report the foregoing unlawful conduct (the "Unlawful Conduct") both internally among Defendants and externally to the appropriate governmental agencies affected and defrauded.

10. In response to the foregoing, the Defendants retaliated against each Relator Plaintiff and attempted to abridge each such Relator Plaintiff's first amendment rights and obligation to the United States by issuing "cease and desist" letters to the Relator Plaintiffs and others.

11.  Each Defendant, on multiple occasions, has engaged in the foregoing fraudulent and unlawful conduct and submitted and caused to be submitted false claims to the United States government and the government of the State of California.

12.  Each Defendant intentionally (and in some instances in a grossly negligent capricious and indifferent manner), wrongfully, maliciously, knowingly and willingly allowed all of the foregoing to regularly occur and failed and refused to intervene, cease and desist and/or take any reasonable efforts to eliminate or minimize such ongoing conditions or the damages that such

conditions caused.  Said conduct was implemented by the managers and officers of the Defendants on behalf and in furtherance of the directives, desires and benefit of the Defendants, and each of them.

13. Defendants and each of them engaged in the foregoing conduct and all of the Unlawful Conduct knowingly, intelligently and intentionally and took efforts to conceal such conduct with malice. Defendants and each of them failed and refused to report the foregoing conduct to the United States and the State of California, despite Defendants' obligations to do so. Furthermore, in an effort to conceal the foregoing conduct and all of the Unlawful Conduct, Defendants submitted false reports, claims, invoices and filings (and made other false statements) to the United States and the State of California.  Such efforts were undertaken with actual knowledge, deliberate ignorance of the truth, falsity and withholding/concealment of the applicable information, and with reckless disregard of the truth or falsity of the applicable information.

14.  The False Claims Act (FCA), 31 U.S.C. §§ 3729 - 3733 was enacted in 1863 by Congress. §§ 3729(a)(1)(A) and (B) set forth FCA liability for any person who knowingly submits a false claim to the government or causes another to submit a false claim to the government or knowingly makes a false record or statement to get a false claim paid by the government. Section 3729(a)(1)(G) is known as the reverse false claims section; it provides liability where one acts improperly – not to get money from the government, but to avoid having to pay money to the government. Section 3729(a)(1)(C) creates liability for those who conspire to violate the FCA.

15.  Defendants and each of them engaged in the foregoing conduct and all of the Unlawful Conduct knowingly, intelligently and intentionally and took efforts to conceal such conduct with malice. Defendants and each of them failed and refused to report the foregoing conduct to the United States and the State of California, despite Defendants' obligations to do so.

Furthermore, in an effort to conceal the foregoing conduct and all of the Unlawful Conduct, Defendants submitted false reports, claims, invoices and filings (and made other false statements) to the United States and the State of California.  Such efforts were undertaken with actual knowledge, deliberate ignorance of the truth, falsity and withholding/concealment of the applicable information, and with reckless disregard of the truth or falsity of the applicable information.

16. Defendants have engaged in other acts which violate the FCA and which are known by Defendants and for which each Relator Plaintiff cannot yet fully identify; however each Relator Plaintiff will seek leave to amend this complaint to allege such additional violations and false claims. Defendants (and each of them) derived financial benefits and goodwill from Defendants' Unlawful Conduct and deception of the people, citizens, residents and governments of the United States of America and the State of California (the "Represented Parties").

17.  As a direct, foreseeable, legal, actual and proximate result of the Defendants' conduct alleged hereinabove the Represented Parties have been harmed and damaged in an amount to be proven at trial.

18.  Defendants, their senior executives, managing agents, managers, directors and officers committed the acts described in this cause of action intentionally, willfully, oppressively, fraudulently and maliciously for the purpose of injuring the Represented Parties and depriving the Represented Parties of their rights. The Unlawful Conduct herein undertaken by Defendants was extremely reckless and capricious and subjected the Represented Parties to unlawful and unjust hardships. The recklessness was despicable and done in conscious disregard of the fundamental rights of the Represented Parties. Furthermore, such conduct on the part of Defendants and those persons was intentional, oppressive, fraudulent, malicious and done in a wanton effort to deprive the Represented Parties of their fundamental rights. Defendants and those persons intended to cause injury to the Represented Parties and engaged in conduct with a

7

willful and conscious disregard of the Represented Parties' fundamental rights. Accordingly, Relator Plaintiff also seeks any allowable and/or appropriate punitive or exemplary damages which may be or become available against Defendants in an amount appropriate to punish and make an example of them in addition to the other damages sought herein, subject to applicable law.

## **PRAYER FOR RELIEF**

WHEREFORE , each Relator Plaintiff prays judgment against Defendants as follows:

1. For general and special damages according to proof;

2. For special damages according to proof;

3. For interest, according to law, on the amount to be ascertained at trial from the applicable date upon which that interest begins to accrue according to law and as proved at trial;

4. For any and all costs and attorneys' fees as provided by law;

5. For allowable and applicable punitive damages in an amount sufficient to deter Defendants from engaging in such conduct again in the future;

6. For injunctive relief prohibited Defendants from continuing in the Unlawful Conduct; and

7. For any other and further relief according to proof, any applicable law and/or that the Court considers proper.

///

///

///

///

**DEMAND FOR JURY TRIAL**

Relator Plaintiff hereby demand a trial by jury of the foregoing causes of action.

DATED: October 7, 2024                    Respectfully Submitted

*Michael Traylor*

Michael S. Traylor, Esq.
Attorney for Relator Plaintiff Catherine Anz